**K.N., Mother of K.L. and B.L., Children, Appellant,**

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, Appellee.**

**No. 5D16–2920.**

District Court of Appeal of Florida, Fifth District.

Nov. 21, 2016.

Shannon L. Reynolds, Ocala, for Appellant.

Stephanie C. Zimmerman, of Children's Legal Services, Bradenton, for Appellee.

ON CONCESSION OF ERROR

PER CURIAM.

Pursuant to Appellee's "Concession of Error," the circuit court's August 1, 2016, order of adjudication is reversed and the case is remanded to the trial court for further proceedings consistent with the best interests of the children.

REVERSED and REMANDED.

LAWSON, C.J., ORFINGER and EVANDER, JJ., concur.